UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.  3:03CR126(PCD) |
| | : | |
| PEGGY DE LA CRUZ, | : | |
| a/k/a "Victoria" | : | |

**GOVERNMENT'S MOTION TO DISMISS**

The defendant having been sentenced following her conviction on Count One of the Indictment in this matter, the government respectfully requests that Count Two of the Indictment be dismissed against all defendants.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/Mark D. Rubino
MARK D. RUBINO
ASSISTANT U.S. ATTORNEY
Federal Bar # ct03496
157 Church Street
New Haven, CT  06510
(203) 821-3732

CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing has been mailed, postage prepaid, this 10th day of August, 2006, to:

Federal Public Defender's Office
2 Whitney Avenue, Suite 300
New Haven, CT 06510

/s/Mark D. Rubino
MARK D. RUBINO
ASSISTANT U.S. ATTORNEY